IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MANUEL DIAZ,

    Petitioner,

v.                              Case No.    4:15cv35-MW/EMT

FLORIDA COMMISSION ON
OFFENDER REVIEW,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.12, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 13.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter stating, "The Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED**.   A certificate of appealability is **DENIED**."   The Clerk shall close the file.

SO ORDERED on September 11, 2015.

                                                    s/Mark E. Walker             
                                                    **United States District Judge**